**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1197

_____

Northbrook Property and Casualty    *
Insurance Company, an Illinois    *
corporation,    *
   *   Appeal from the United States
         Defendant - Appellant,    *   District Court for the District
   *   of Minnesota.
     v.    *
   *       [UNPUBLISHED]
Hormel Foods Corporation,    *
   *
         Plaintiff - Appellee.    *

_____

Submitted:  November 17, 1997
Filed: December 5, 1997

_____

Before BOWMAN, LAY, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Hormel Foods Corporation sued Northbrook Property and Casualty Insurance Company seeking a declaration that Northbrook had a duty to defend and indemnify Hormel in an action brought against it as a result of a death at a hog processing facility leased to Quality Pork Processors, Inc.  The trustee for the heirs and next-of-kin of the decedent alleged that the cause of the accident was Hormel's defective back-splitting

saw.  The district court[1] granted summary judgment to Hormel on the basis that it was covered for liability arising out of the use of the leased premises as an additional insured under an endorsement to Quality Pork's liability policy with Northbrook.  After reviewing the record, we affirm on the basis of the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

    A true copy.

     Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.